NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


WHITBURN LLC, AS TRUSTEE ONLY )
UNDER THE HC14-17 LAND TRUST, )
                                 )
     Appellant, )
                                 )
v. )      Case No. 2D19-3518
                                 )
GREEN TREE SERVICING LLC; ERIC )
ELFTMAN; LAKE POINTE TOWNHOME )
HOMEOWNERS ASSOCIATION, INC.; )
PEBBLE CREEK HOMEOWNERS )
ASSOCIATION OF HILLSBOROUGH )
COUNTY, INC.; BANK OF AMERICA, )
N.A.; UNKNOWN TENANT I; UNKNOWN )
TENANT II; )
                                 )
     Appellees. )
_____)

Opinion filed September 16, 2020.

Appeal from the Circuit Court for
Hillsborough County; Emily A. Peacock,
Judge.

Ivan D. Ivanov of Ivanov Wolf PLLC,
Tampa, for Appellant.

William L. Noriega of Padgett Law
Group, Tallahassee, for Appellee Green
Tree Servicing LLC N/K/A Ditech Financial
LLC.

Jonathan Jacobson of Aldridge | Pite,
LLP, Delray Beach, for Appellee Bank of
America, N.A.

No appearance for remaining Appellees.

PER CURIAM.

Affirmed.

NORTHCUTT, MORRIS, and LUCAS, JJ., Concur.